

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2014

No. 04-13-00531-CV

Roger L. **LOTT**,
Appellant

v.

**FIRST BANK**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 372518
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellant Roger L. Lott's brief was originally due October 18, 2013. After multiple extensions of time, Lott filed a pro se brief on January 8, 2014. The court concluded the brief flagrantly violated Rule 38.1 of the Texas Rules of Appellate Procedure, and on January 13, 2014, we ordered the brief redrawn so as to correct the specified deficiencies. We ordered the redrawn brief filed by January 28, 2014, and notified appellant that his failure to comply with the order could result in the appeal being dismissed.

Lott has not filed a redrawn brief. Instead, on January 28, attorney Michael R. Beliveau entered an appearance as counsel for Lott and moved for a fourteen day extension of time to file the brief.

We grant the motion and **order** appellant's redrawn brief filed by **February 11, 2014. The court will not entertain any further motions for extensions of time.** If an appellant's brief complying with the Texas Rules of Appellate Procedure and correcting the deficiencies identified in our January 13, 2014 order is not filed by the date ordered, we will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a); *see id.* R. 38.9(a).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2014.



Keith E. Hottle
Clerk of Court